UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC., : : : : Plaintiff, : : v. : : JOCANZ INC., : : Defendants. : : | **ORDER** <br><br> Civ. No. 06-709 (WHW) |

**Walls, Senior District Judge**

     Judge Madeline Cox Arleo filed a Report and Recommendation on October 22, 2007, recommending that the Court strike the Answer, Affirmative Defenses, and Counterclaim and the Third-Party Complaint of Defendant/Third-Party Plaintiff Jocanz Inc. and enter default against Defendant Jocanz Inc. pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with and to respond to orders issued in this case. At that time Judge Arleo notified the parties that they had ten days to file any objections to the Report and Recommendation. The Court having received no objections; and the Court having considered the Report and Recommendation; and for good cause shown:

     It is on this 14th day of November, 2007,

     **ORDERED** that Judge Madeline Cox Arleo's Report and Recommendation is **ADOPTED** as the Opinion of the Court;

     **ORDERED** that Defendant/Third-Party Plaintiff Jocanz Inc.'s Answer, Affirmative

Defenses, and Counterclaim and Third-Party Complaint be **STRICKEN**; and

**ORDERED** that default be entered against Defendant Jocanz Inc.

s/William H. Walls
United States Senior District Judge
