UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IMPERIAL CONSTRUCTION
GROUP, INC.                        :

                                                :        Civil 06-709 (WHW)
      v.
                                                :              ORDER

JOCANZ INC.
                                                :

    It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the plaintiff having responded by filing a request to enter default;

    It is on this 29th day of April 2008,

    O R D E R E D  that the notice of call for dismissal be withdrawn.

                                                     WILLIAM H. WALLS
                                               United States Senior Judge