UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOCANZ INC., <br><br> Defendant. | **ORDER** <br><br> Civ. No. 06-709 (WHW) |

**Walls, Senior District Judge**

This matter having been opened to the Court by Plaintiff Imperial Construction Group, Inc. seeking entry of default judgment under Fed. R. Civ. P. 55(b) against Defendant Jocanz Inc.; and the Court having considered the moving papers; and no opposition having been filed; and for the reasons given in the accompanying opinion:

It is on this 31st day of July 2008,

ORDERED Plaintiff's motion for entry of default judgment is GRANTED. Judgment is entered in the amount of $251,044.16.

s/William H. Walls
United States Senior District Judge